United States Bankruptcy Court
For the Southern District of Georgia

In the matter of: Debtor
JERRY L IVERY
552 GINGER HILL RD
THOMSON, GA 30824

Case No:
02-10871

Page 1 of 2

FINAL REPORT AND ACCOUNT

Report Printed January 16, 2008

K-COMPLETED     SS #1: XXX-XX-6958
Attorney: EVITA A PASCHALL
Plan Filed Date: Mar 15, 2002  Plan Confirmed: Sep 23, 2002  Case Concluded: Jan 16, 2008

Your Trustee hereby certifies that this case has been fully administered, that a detailed record of all receipts and disbursements has been maintained; copies are attached to the original filed with the Clerk and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors. $41,003.75

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| EVITA A PASCHALL | 999 | ATY | $1,100.00 | $1,100.00 | $1,100.00 | $0.00 |
| CLERK OF U S BANKRUPTCY COURT | 991 | FFE | $155.00 | $155.00 | $155.00 | $0.00 |
| JERRY L IVERY | 000.0 | DTR | | | $21.13 | $0.00 |
| JERRY L IVERY | 000.0 | DTR | | | $2,410.94 | $0.00 |
| MERITECH MORTGAGE SERV | 001.0 | ARR | $170,158.22 | $0.00 | $0.00 | $0.00 |
| MERITECH MORTGAGE SERV | 001.1 | ARR | $5,194.22 | $5,194.22 | $5,194.22 | $0.00 |
| ECAST SETTLEMENT CORP | 002.0 | UNS | $1,719.51 | $171.95 | $171.95 | $0.00 |
| ECAST SETTLEMENT CORP | 003.0 | UNS | $6,418.71 | $641.87 | $641.87 | $0.00 |
| SHERMAN ACQUISITION LLC | 004.0 | UNS | $744.52 | $74.45 | $74.45 | $0.00 |
| CITIFINANCIAL TAMPA | 005.0 | ARR | $50,429.60 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL TAMPA | 005.1 | ARR | $2,123.20 | $2,123.20 | $2,123.20 | $0.00 |
| U S DEPT OF EDUCATION | 006.0 | UNS | $8,719.31 | $0.00 | $10,286.72 | $0.00 * |
| (Includes interest paid at 10.00% of $2,881.20) | | | | | | |
| U S DEPT OF EDUCATION | 007.0 | UNS | $5,954.54 | $0.00 | $7,024.94 | $0.00 * |
| (Includes interest paid at 10.00% of $1,967.60) | | | | | | |
| U S DEPT OF EDUCATION | 008.0 | UNS | $2,192.46 | $2,192.46 | $2,925.19 | $0.00 |
| (Includes interest paid at 10.00% of $732.73) | | | | | | |

cc:     EVITA A PASCHALL
        ATTORNEY AT LAW
        P O BOX 1249
        AUGUSTA, GA 30903

PAGE 1 - CONTINUED ON NEXT PAGE

Letter- Debtor: Final Report 1/16/08 CR

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| F D S BANK | 009.0 | UNS | $410.10 | $41.01 | $41.01 | $0.00 |
| F D S BANK | 010.0 | UNS | $198.15 | $19.82 | $19.82 | $0.00 |
| FIRST NATIONAL BANK & TRUST CO | 011.0 | OTH | $96,665.92 | $0.00 | $0.00 | $0.00 |
| FIRST NATIONAL BANK & TRUST CO | 012.0 | UNS | $1,404.05 | $140.41 | $140.41 | $0.00 |
| AAFES | 013.0 | UNS | $3,987.85 | $398.79 | $398.79 | $0.00 |
| SHERMAN ACQUISITION LLC | 014.0 | UNS | $7,050.47 | $705.05 | $705.05 | $0.00 |
| FEDERATED MACYS | 015.0 | UNS | $673.61 | $67.36 | $67.36 | $0.00 |
| HOUSEHOLD MORTGAGE SERV | 016.0 | ARR | $52,967.42 | $0.00 | $0.00 | $0.00 |
| HOUSEHOLD MORTGAGE SERV | 016.1 | ARR | $1,600.42 | $1,600.42 | $1,600.42 | $0.00 |
| NATIONAL CREDIT SYSTEMS | 017.0 | UNS | $1,416.74 | $141.67 | $141.67 | $0.00 |
| REGIONS BANK | 018.0 | ARR | $101,612.84 | $0.00 | $0.00 | $0.00 |
| REGIONS BANK | 018.1 | ARR | $3,432.75 | $3,432.75 | $3,432.75 | $0.00 |
| ECAST SETTLEMENT CORP | 019.0 | UNS | $1,783.53 | $178.35 | $178.35 | $0.00 |
| F D S BANK RICHS | 020.0 | OTH | $410.10 | $0.00 | $0.00 | $0.00 |
| SAXON MORTGAGE SERV | 021.0 | OTH | $170,144.27 | $0.00 | $0.00 | $0.00 |
| SAXON MORTGAGE SERV | 021.1 | OTH | $5,180.27 | $0.00 | $0.00 | $0.00 |
| QUEENSBOROUGH NATIONAL BANK & | 022.0 | OTH | $106,544.20 | $0.00 | $0.00 | $0.00 |
| CITIMORTGAGE INC | 023.0 | OTH | $47,146.24 | $0.00 | $0.00 | $0.00 |
| CITIMORTGAGE INC | 023.1 | OTH | $700.00 | $0.00 | $0.00 | $0.00 |
| H S B C MORTGAGE SERV | 024.0 | OTH | $53,551.74 | $0.00 | $0.00 | $0.00 |
| H S B C MORTGAGE SERV | 024.1 | OTH | $2,293.04 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | 025.0 | OTH | $1,783.53 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | 026.0 | OTH | $1,719.51 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | 027.0 | OTH | $6,418.71 | $0.00 | $0.00 | $0.00 |
| H S B C MORTGAGE SERV | 028.0 | OTH | $50,058.75 | $0.00 | $0.00 | $0.00 |
| H S B C MORTGAGE SERV | 028.1 | OTH | $297.39 | $0.00 | $0.00 | $0.00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | | $2,148.51 | $2,148.51 | $0.00 |

| | Secured | Priority | Unsecured | Admin | Attorney | Other | |
|---|---|---|---|---|---|---|---|
| Debt | $12,350.59 | $0.00 | $17,236.05 | $2,303.51 | $1,100.00 | $2,432.07 | Total Paid |
| Paid | $12,350.59 | $0.00 | $22,817.58 | $2,303.51 | $1,100.00 | $2,432.07 | $41,003.75 |

\* RAP (Reduced Amount to Paid)

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

/s/ Barnee C. Baxter

Barnee C. Baxter, Trustee

Letter- Debtor: Final Report 1/16/08 CR